# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK D. HARRELL,<br><br>                           Petitioner,<br><br>v.<br><br>MARCUS POLLARD, Warden,<br><br>                          Respondent. | Case No.: 3:21-CV-255 JLS (AHG)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner Derek D. Harrell, a state prisoner proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1), but has neither paid the $5.00 filing fee nor moved to proceed *in forma pauperis* ("IFP"). A Petition for Writ of Habeas Corpus must be accompanied by either a $5.00 filing fee or an application to proceed IFP. *See* S.D. Cal. CivLR 3(a); 28 U.S.C. foll. § 2254. Accordingly, the Court **DISMISSES** Petitioner's case without prejudice. If Petitioner wishes to proceed with this action, he must submit a copy of this Order with the requisite $5.00 fee or adequate proof

/ / /
/ / /
/ / /
/ / /
/ / /

1  that he cannot pay the fee <u>on or before</u> **April 16, 2021**.  *For Petitioner's convenience, the*
2  *Clerk of the Court shall attach to this Order a blank application to proceed IFP.*
3    **IT IS SO ORDERED.**
4  Dated:  February 19, 2021

             *Janis L. Sammartino*
             Hon. Janis L. Sammartino
             United States District Judge