UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK D. HARRELL,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>MARCUS POLLARD, Warden,<br><br>　　　　　　　　　　Respondent. | Case No.: 3:21-CV-255-JLS-AHG<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On February 9, 2021, Petitioner, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 but did not pay the $5.00 filing fee and did not move to proceed *in forma pauperis*. *See* ECF No. 1. The Court dismissed the case without prejudice on February 19, 2021 and gave Petitioner until April 16, 2021 to either pay the $5.00 filing fee or submit an application to proceed *in forma pauperis* together with adequate proof he cannot pay the fee. *See* ECF No. 2.

On March 4, 2021, Petitioner submitted a motion to proceed *in forma pauperis* but did not submit a trust account statement. *See* ECF No. 3. Without this statement, the Court cannot determine whether Petitioner is able to pay the $5.00 filing fee. Accordingly, the Court **DISMISSES** this case **WITHOUT PREJUDICE**. If Petitioner wishes to proceed with this case, he must, **no later than May 25, 2021**, either: (1) pay the $5.00 filing fee, or (2) submit adequate proof of his inability to pay the fee. ***For Petitioner's convenience,***

*the Clerk of the Court SHALL attach to this Order a blank application to proceed* **in forma pauperis.**

  **IT IS SO ORDERED.**

Dated: March 22, 2021

              *Janis L. Sammartino*
              Hon. Janis L. Sammartino
              United States District Judge