# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK D. HARRELL, <br><br> Petitioner, <br><br> v. <br><br> KATHLEEN ALLISON, Secretary, <br><br> Respondent. | Case No.: 3:21-cv-00255-JLS-AHG <br><br> **ORDER SUA SPONTE SUBSTITUTING RESPONDENT** |

Petitioner, a state prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 on February 9, 2021. ECF No. 1. At the time of filing, Petitioner was apparently housed at R.J. Donovan State Prison and thus named Marcus Pollard, Warden, as Respondent. Based on the notice of change of address Petitioner submitted to the Court on September 21, 2021, it appears Petitioner is no longer housed at R.J. Donovan State Prison; rather, he is presently incarcerated at Folsom State Prison in Represa, California. ECF No. 12.

A writ of habeas corpus acts upon the custodian of the state prisoner. *See* 28 U.S.C. § 2242; Rule 2(a), 28 U.S.C. § 2254. Because Petitioner's place of custody has changed, so has his custodian. Accordingly, in order to conform with the requirements of Rule 2(a) of the Rules Governing § 2254 Cases and to avoid changing the Respondent again if Petitioner is transferred to another prison or paroled, the Court hereby *sua sponte*

1  **ORDERS** the substitution of Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation, as Respondent in place of "Marcus Pollard." *See Ortiz-Sandoval v. Gomez*, 81 F.3d 891, 894 (9th Cir. 1996) (stating that the respondent in § 2254 proceedings may be the chief officer in charge of state penal institutions). The Clerk of the Court will modify the docket to reflect "Kathleen Allison, Secretary" as respondent in place of "Marcus Pollard."

**IT IS SO ORDERED.**

Dated: September 23, 2021

_____
Honorable Allison H. Goddard
United States Magistrate Judge